IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS PFAFF,

        Plaintiff,                                    CV-07-6097-ST

       v.                                            JUDGMENT

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, the Commissioner's final decision is AFFIRMED and this case is DISMISSED.

    DATED this 12th day of February, 2008.

                                          /s/ Janice M. Stewart_____
                                          Janice M. Stewart
                                          United States Magistrate Judge

1 - JUDGMENT